■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY ROSS, SR., Respondent, v NEW YORK STATE DIVISION OF PAROLE, Appellant.—Appeal unanimously dismissed as moot.

(Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—habeas corpus.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.